UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Pinckney, Steven Deron, | ) | CASE NO. **26-64165- JWJ** |
| | ) | |
| DEBTOR | ) | |

---

**NOTICE OF CONVERSION**
**OF CHAPTER 13 CASE TO CHAPTER 7 UNDER SECTION 1307(a)**

The Debtor, by and through Debtor's counsel, represents and states as follows:

1.

The Debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2.

The Debtor qualifies as a Debtor under Chapter 7 of the Bankruptcy Code.

3.

Under section 1307(a) of the Bankruptcy Code, the Debtor is entitled to convert their Chapter 13 case to a case under Chapter 7 at any time, and the Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4.

The conversion to Chapter 7 is being made in good faith by the Debtor.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| | ) | CHAPTER 13 |
| IN RE: Pinckney, Steven Deron | ) | |
| | ) | CASE NO.: **26-64165- JWJ** |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within documents upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Pinckney, Steven Deron
1565 Woodpoint Way
Lawrenceville, GA 30043

I further certify that, by agreement of parties, Nancy Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: November 13, 2026

_____________________________/s/

Aaron Weinberg
GA Bar No.: 292187
The Semrad Law Firm, LLC
235 Peachtree St NE Suite #300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**
atlcourtdocs@gmail.com