**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven Deron Pinckney** (First Name Middle Name Last Name) | Social Security number or ITIN | **xxx–xx–8628** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Georgia** | Date case filed in chapter **13** | **10/20/26** |
| Court website: www.ganb.uscourts.gov | | | |
| Case number: | **26–64165–jwj** | Date case converted to chapter **7** | **11/16/26** |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov . Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Steven Deron Pinckney | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1565 Woodpoint Way<br>Lawrenceville, GA 30043 | |
| **4. Debtor's attorney**<br>Name and address | Aaron Weinberg<br>The Semrad Law Firm LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643<br><br>Contact phone 470–893–9553<br>Email: aweinberg@semradlaw.com | |
| **5. Bankruptcy trustee**<br>Name and address | Kathleen Steil<br>Kathleen Steil, Trustee<br>Ogier, Rosenfeld & Steil, P.C.<br>P.O. Box 1547<br>Decatur, GA 30031 | Contact phone 404–525–4000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **December 23, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 871 484 5731, and Passcode 9517153975, OR call 1 (470) 944–8606**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 2/22/27 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 26-64165-jwj

Steven Deron Pinckney Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin 

Date Rcvd: Nov 19, 2026 Form ID: 309a Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Deron Pinckney, 1565 Woodpoint Way, Lawrenceville, GA 30043-6964 |
| aty | + | Matthew Franklin Totten, The Totten Firm, LLC, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| cr | + | 2018-2 IH Borrower LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26179201 | + | 2018-2 IH BORROWER LP, 5579 Cham-Dunwoody STE B-136, Atlanta, GA 30338-4154 |
| 26179202 | + | American First Finance, PO BOX 828, Skokie, IL 60076-0828 |
| 26179189 | + | CURRENT/CRB, 400 KELBY ST, FORT LEE, NJ 07024-2943 |
| 26179192 | + | EVOLVE/BOND/VOLA, 301 SHOPPINGWAY BLVD, WEST MEMPHIS, AR 72301-1719 |
| 26179181 | + | KIKOFF LENDING LLC, 101 E WASHINGTON ST, SUI, PHOENIX, AZ 85004-2960 |
| 26179194 | + | STEP MOBILE/EVOLVE BAN, 6000 POPLAR AVE STE 300, MEMPHIS, TN 38119-0928 |
| 26179195 | + | Totten, Matthew, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aweinberg@semradlaw.com | Nov 19 2026 19:57:00 | Aaron Weinberg, The Semrad Law Firm LLC, 11101 S. Western Avenue, Chicago, IL 60643 |
| tr | + | EDI: FKSTEIL | Nov 20 2026 00:45:00 | Kathleen Steil, Kathleen Steil, Trustee, Ogier, Rosenfeld & Steil, P.C., P.O. Box 1547, Decatur, GA 30031-1547 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 19 2026 19:58:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | EDI: AISACG.COM | Nov 20 2026 00:48:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26179188 | ^ | MEBN | Nov 19 2026 19:52:10 | Atlas, 300 COVENTRY ROAD, KENSINGTON, CA 94707-1214 |
| 26179198 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 19 2026 19:59:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 26179185 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 19 2026 19:58:00 | CHIME/THE BANCORP BANK, 409 SILVERSIDE RD STE 10, WILMINGTON, DE 19809-1771 |
| 26179191 | + | Email/Text: bankruptcy@webbank.com | Nov 19 2026 19:57:00 | CLEO/WEBBANK, 215 S STATE ST STE 1000, SALT LAKE CITY, UT 84111-2336 |
| 26179183 | | EDI: CAPITALONE.COM | Nov 20 2026 00:45:00 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 26179175 | + | Email/Text: shornbeck@peritusservices.com | Nov 19 2026 19:59:00 | Complete Credit Soluti, 2921 Brown Trail Ste. |

| | | | | |
|---|---|---|---|---|
| | | | | 100, Bedford, TX 76021-4174 |
| 26179178 | ^ | MEBN | Nov 19 2026 19:52:17 | Consumer Adjustment Co, 500 NW PLAZA DR STE 300, SAINT ANN, MO 63074-2218 |
| 26179182 | + | EDI: CCS.COM | Nov 20 2026 00:48:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 26179186 | | Email/Text: backoffice.us@deferit.com | Nov 19 2026 19:58:00 | DEFERIT INC, 780 3RD AVE STE 1002, NEW YORK, NY 10017 |
| 26179169 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Nov 19 2026 19:58:00 | Department Of Justice, Tax Division, P O Box 14198, Washington, DC 20044-4198 |
| 26179197 | | EDI: GADEPTOFREV | Nov 20 2026 00:48:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 26179200 | + | Email/Text: G2GPCCU@southernco.com | Nov 19 2026 19:59:00 | Georgia Power, PO BOX 105537, Atlanta, GA 30348-5537 |
| 26179196 | + | EDI: IRS.COM | Nov 20 2026 00:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 26179203 | ^ | MEBN | Nov 19 2026 19:52:23 | Invitation Homes, 8601 Dunwoody Pl #520, Atlanta, GA 30350-2551 |
| 26179177 | + | EDI: JEFFERSONCAP.COM | Nov 20 2026 00:48:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 26179187 | | Email/Text: bankruptcies@kovocredit.com | Nov 19 2026 19:57:00 | KOVO INC, 9450 SW GEMINI DR STE 87, BEAVERTON, OR 97008 |
| 26179180 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2026 20:06:52 | Lvnv Funding Llc, PO Box 10587, Greenville, SC 29603-0587 |
| 26179193 | + | EDI: CITICORP | Nov 20 2026 00:45:00 | MACYS/CBNA, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 26179184 | + | EDI: NFCU.COM | Nov 20 2026 00:48:00 | Navy Federal Cr Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 26179173 | | Email/Text: bankruptcy@law.ga.gov | Nov 19 2026 19:58:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 26179172 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 19 2026 19:58:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 26179199 | | Email/Text: bankruptcy-notices@joinroot.com | Nov 19 2026 19:58:00 | Root Insurance, 80 E Rich St Suite 500, Columbus, OH 43215 |
| 26179179 | + | Email/Text: ngisupport@radiusgs.com | Nov 19 2026 19:58:00 | Radius Global Solution, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 26179174 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2026 19:59:00 | SANTANDER BANK, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 26179171 | ^ | MEBN | Nov 19 2026 19:52:11 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 26190699 | + | Email/Text: bankruptcy@bbandt.com | Nov 19 2026 19:58:00 | Truist Bank, Support Services, P.O. Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 26179176 | | Email/Text: edbknotices@ecmc.org | Nov 19 2026 19:58:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 26179746 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 19 2026 19:58:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26179190 | + | Email/Text: bk@worldacceptance.com | Nov 19 2026 19:59:00 | World Finance, 20660 Caton Farm Rd, Crest Hill, IL 60403-1201 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26179170 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |
| aty | ##+ | Myles Benjamin-Lee Rouse, The Semrad Law Firm LLC, 6125 Old National Hwy.,Ste 121, College Park, GA 30349-4407 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters